# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **BOUROUISA MOUSSA,** | : | |
| Petitioner, | : | |
| vs. | : | CA 06-0719-CG-C |
| **MICHAEL CHERTOFF, etc.,** et al., | : | |
| | : | |
| Respondents. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed[1], the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 30, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 18th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The petitioner specifically states in his response (Doc.24) that he has no objections to the Report and Recommendation. His response makes a plea for release based on humanitarian grounds. This court has no jurisdiction to order petitioner's release absent an unconstitutional confinement, which is clearly not present in this case.