# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BOUROUISA MOUSSA,** | : |
| Petitioner, | : |
| vs. | :    CA 06-0719-CG-C |
| **MICHAEL CHERTOFF, etc.,** et al., | : |
| | : |
| Respondents. | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, without prejudice, as prematurely filed.

**DONE** this 18th day of May, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE